IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHANE NICHOLS,<br><br>*Petitioner*,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>*Respondent.* | CIVIL ACTION NO.<br>5:20-cv-00179-TES-MSH |

**ORDER**

Before the Court is a motion for appointed counsel filed by pro se Petitioner Shane Nichols, a prisoner most recently confined in the Johnson State Prison in Wrightsville, Georgia. [Doc. 8]. On October 2, 2020, the Court dismissed Petitioner's petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 because Petitioner failed to (1) comply with the Court's previous order to recast his Petition on the Court's standard form and (2) respond to the Court's order directing him to show cause why his lawsuit should not be dismissed. *See generally* [Doc. 6].

Petitioner has now filed a motion for appointed counsel in which he also states that he "would like to move forward and file the federal Habeas" and "wish[es] to have legal counsel to file the application, or proper rules and guidelines to do so" himself. [Doc. 8, p. 2]. The Court already denied Petitioner's earlier request for appointed

counsel, dismissed the Petition for failure to comply, and closed this action. [Doc. 4]; [Doc. 6]. Because Petitioner's Petition was dismissed without prejudice, however, he may simply refile his Petition as a separate action. The pending motion [Doc. 8] is therefore **DENIED as moot**. The Clerk is **DIRECTED** to provide Petitioner with a copy of the Court's standard forms that Petitioner may use if he chooses to refile this action.

    **SO ORDERED**, this 2nd day of November, 2020.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**